UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY D. GOINS,

    Plaintiff,

vs.                                 CASE NO. 8:15-CIV-1120-T-EAK-MAP

CDR, US SOCOM, et al.,

    Defendants.
_____/

## **ORDER**

This cause is before the Court on the motion to dismiss filed by Shannon Bishop (Doc. 7) and the motion to dismiss named defendants and substitute the Secretary of Defense and to dismiss the cause of action after the substitution or for more definite statement (Doc. 15). The Court allowed the Plaintiff up to and including June 22, 2015, to respond to the motions or have the Court resolve them without his response. The Plaintiff has failed to respond to the order of the Court, therefore, the Court will resolve the pending motions without benefit of a response.

The motion filed by the United States Attorney's office (Doc. 15) initially requests that the Court dismiss all the named defendants, CDR US SOCOM, John Lyle, Dixie Bankston, Madeline Baumgartner, Shannon Bishop, Elizabeth Daniels, Candida Keller, and Derek Beavers, and to substitute, pursuant to Title VII, 42 U.S.C. § 2000e-16(c), the head of the agency. Here the proper defendant is the Department of Defense and the head of that department is Secretary Dr. Ashton Carter. The Court finds the arguments of the defendants well-taken and the substitution will be granted. This decision moots the motion filed by Shannon Bishop as she is dismissed from this action.

The motion to dismiss (Doc. 15) next asks the Court to dismiss the complaint as it applies to the substituted defendant and not to allow amendment as it would be futile to do so. The Court has reviewed the motion and finds it persuasive. The plaintiff has failed to oppose the motion and has not established that the motion should not be granted. Accordingly, it is

**ORDERED** that the motion to dismiss (Doc. 7) be **denied as moot**, the motion to dismiss all named defendants, CDR US SOCOM, John Lyle, Dixie Bankston, Madeline Baumgartner, Shannon Bishop, Elizabeth Daniels, Candida Keller, and Derek Beavers, and substitute Dr. Ashton Carter, Secretary of the Department of Defense (Doc. 15) be **granted** and the Clerk of Court is directed to substitute Dr. Ashton Carter as the only defendant and to dismiss all the other defendants from the action; and the motion to dismiss the cause of action with prejudice is **granted**. The

Clerk of Court dismiss this cause and close this case.

      **DONE and ORDERED** in Chambers, in Tampa, Florida, this 24th day of June, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record